**07 CV 3300**

**JUDGE RAKOFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPAR (2004) L.P., | § |
| | § |
| Plaintiff, | § |
| -against- | § |
| | § Civil Action No. |
| NEW STREAM INSURANCE, LLC | § |
| and NEW STREAM CAPITAL, LLC, | § |
| | § |
| Defendants. | § |



## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff SPAR (2004) L.P. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, NewYork
       April 25, 2007

Respectfully submitted,

_____
David G. Trachtenberg (DGT 6675)
TRACHTENBERG RODES & FRIEDBERG, L.L.P.
545 Fifth Avenue
New York, New York 10017
Telephone: (212) 972-2929
Facsimile:  (212) 972-7581

ATTORNEYS FOR PLAINTIFF
SPAR (2004) L.P.