UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SPAR (2004) L.P.,

                Plaintiff,

    - against -

NEW STREAM INSURANCE, LLC,
and NEW STREAM CAPITAL, LLC,

                Defendants.

-----------------------------------------------------------------X

**Case No. 07-CV-3300 (JSR)**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

A settlement having been reached between plaintiff SPAR (2004) L.P. ("SPAR")

and defendants New Stream Insurance, LLC and New Stream Capital, LLC, the parties,

through their undersigned attorneys, hereby stipulate and agree that all claims asserted by

SPAR in the Complaint in this action shall be dismissed without prejudice. The parties

shall each bear their own costs and attorneys' fees.

This Court shall retain continuing jurisdiction to hear any disputes arising out of

the Settlement Agreement between the parties dated June 5th, 2007.


Dated: New York, New York
     June $8$, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-07

1

TRACHTENBERG RODES
& FRIEDBERG LLP

By: _____
David G. Trachtenberg (6675)

Attorneys for Plaintiff
545 Fifth Avenue
New York, New York 10017
(212) 972-2929

NEW STREAM INSURANCE, LLC

By: _____
Amanda Logue

General Counsel
38 Grove Street, Building C
Ridgefield , CT 06877
(203) 431-0330 x850


NEW STREAM CAPITAL, LLC

By: _____
Amanda Logue

General Counsel
38 Grove Street, Building C
Ridgefield , CT 06877
(203) 431-0330 x850


SO ORDERED: _____, U S D T

_____
June 12, 2007
U.S.D.J.

Dated: _____

2